[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 508.]

THE STATE OF OHIO, APPELLANT, *v*. DZUBAK, APPELLEE.

[Cite as *State v. Dzubak*, 2002-Ohio-1496.]

*Criminal law—Court of appeals' judgment reversed and cause remanded to apply State v. Weideman.*

(No. 01-2057—Submitted February 27, 2002—Decided April 3, 2002.)

CERTIFIED by the Court of Appeals for Geauga County, No. 2000-G-2285.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals to apply *State v. Weideman* (2002), 94 Ohio St.3d 501, 764 N.E.2d 997, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *State v. Weideman* (2002), 94 Ohio St.3d 501, 764 N.E.2d 997.

————————————

*James M. Gillette*, Police Prosecutor, for appellant.

————————————

1